PER CURIAM.
We affirm the conviction based on circumstantial evidence, see, e. g., Anderson v. State, 354 So.2d 395 (Fla. 1st DCA 1978), cert. denied, 359 So.2d 1210 (Fla.1978); Miller v. State, 270 So.2d 423 (Fla. 3d DCA 1972), cert. denied, 275 So.2d 16 (Fla.1973); Wright v. State, 269 So.2d 60 (Fla. 1st DCA 1972), cert. denied 274 So.2d 235 (Fla.1973), and uphold the jury finding that the evidence is inconsistent with any reasonable hypothesis of innocence. See, e. g., McArthur v. State, 351 So.2d 972 (Fla.1977); Diaz v. State, 387 So.2d 978 (Fla. 3d DCA 1980).
Affirmed.